UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDUARDO GARCIA MARTINEZ,

Petitioner,

v.

FERETI SEMAIA et al,

Respondent.

Case No. 5:26-cv-02541-HDV-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondents to immediately release Petitioner **Eduardo Garcia Martinez (A-number 204-394-485)** from custody subject only to the conditions and requirements of his preexisting release; return all his belongings; and not re-detain Petitioner unless they first provide seven (7) days' notice of the reasons for revocation of his deferred action and a pre-deprivation bond hearing before a neutral immigration judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could

reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the immigration judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Respondents are **ORDERED** to file a notice of compliance within one day.

Dated: June 26, 2026

HONORABLE HERNAN D. VERA
United States District Judge

2