JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EDUARDO GARCIA MARTINEZ,

Petitioner,

v.

FERETI SEMAIA et al,

Respondent.

Case No. 5:26-cv-02541-HDV-MAR

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are ordered to immediately release Petitioner **Eduardo Garcia Martinez (A-number 204-394-485)** subject only to the conditions and requirements of his preexisting release; return all of Petitioner's belongings, including his identification documents and Employment Authorization Document; and file a notice of compliance within one day.

Respondents are **ENJOINED** from re-detaining Petitioner unless they first provide seven (7) days' notice of the reasons for revocation of his deferred action and a pre-deprivation bond hearing. The pre-deprivation bond hearing must occur before a neutral immigration judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a

danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (for the avoidance of doubt, the immigration judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.

Dated: June 26, 2026

HONORABLE HERNAN D. VERA
United States District Judge

2